

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# FILED

Molly C. Dwyer
Clerk of Court

APR 15 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:       26-2334
Originating Case Number:   3:23-cv-00768-BAS-VET

Short Title:           Mirabelli, et al. v. Bonta, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:                    26-2334
Originating Case Number:     3:23-cv-00768-BAS-VET

Case Title:                            Mirabelli, et al. v. Bonta, et al.

**4/20/2026**

| | |
|---|---|
| Brenda Lewis | Mediation Questionnaire due |
| Rob Bonta | Mediation Questionnaire due |
| Linda Darling-Hammond | Mediation Questionnaire due |
| Sharon Olken | Mediation Questionnaire due |
| Tony Thurmond | Mediation Questionnaire due |
| James J. McQuillen | Mediation Questionnaire due |
| Gabriela Orozco-Gonzalez | Mediation Questionnaire due |
| Anya Ayyappan | Mediation Questionnaire due |
| Kim Pattillo Brownson | Mediation Questionnaire due |
| Haydee Rodriguez | Mediation Questionnaire due |
| Cynthia Glover Woods | Mediation Questionnaire due |
| Alison Yoshimoto-Towery | Mediation Questionnaire due |
| Francisco Escobedo | Mediation Questionnaire due |

**4/24/2026**

| | |
|---|---|
| Tony Thurmond | Appeal Transcript Order Due |
| Sharon Olken | Appeal Transcript Order Due |
| James J. McQuillen | Appeal Transcript Order Due |
| Cynthia Glover Woods | Appeal Transcript Order Due |

| | |
|---|---|
| Gabriela Orozco-Gonzalez | Appeal Transcript Order Due |
| Haydee Rodriguez | Appeal Transcript Order Due |
| Rob Bonta | Appeal Transcript Order Due |
| Francisco Escobedo | Appeal Transcript Order Due |
| Kim Pattillo Brownson | Appeal Transcript Order Due |
| Anya Ayyappan | Appeal Transcript Order Due |
| Linda Darling-Hammond | Appeal Transcript Order Due |
| Alison Yoshimoto-Towery | Appeal Transcript Order Due |
| Brenda Lewis | Appeal Transcript Order Due |

**5/26/2026**

| | |
|---|---|
| Kim Pattillo Brownson | Appeal Transcript Due |
| Cynthia Glover Woods | Appeal Transcript Due |
| Gabriela Orozco-Gonzalez | Appeal Transcript Due |
| Brenda Lewis | Appeal Transcript Due |
| James J. McQuillen | Appeal Transcript Due |
| Linda Darling-Hammond | Appeal Transcript Due |
| Sharon Olken | Appeal Transcript Due |
| Alison Yoshimoto-Towery | Appeal Transcript Due |
| Tony Thurmond | Appeal Transcript Due |
| Haydee Rodriguez | Appeal Transcript Due |
| Rob Bonta | Appeal Transcript Due |
| Francisco Escobedo | Appeal Transcript Due |
| Anya Ayyappan | Appeal Transcript Due |

**7/6/2026**

| | |
|---|---|
| Francisco Escobedo | Appeal Opening Brief Due |
| Linda Darling-Hammond | Appeal Opening Brief Due |
| Gabriela Orozco-Gonzalez | Appeal Opening Brief Due |
| Brenda Lewis | Appeal Opening Brief Due |
| James J. McQuillen | Appeal Opening Brief Due |
| Alison Yoshimoto-Towery | Appeal Opening Brief Due |
| Sharon Olken | Appeal Opening Brief Due |
| Rob Bonta | Appeal Opening Brief Due |
| Haydee Rodriguez | Appeal Opening Brief Due |
| Anya Ayyappan | Appeal Opening Brief Due |

| | |
|---|---|
| Tony Thurmond | Appeal Opening Brief Due |
| Cynthia Glover Woods | Appeal Opening Brief Due |
| Kim Pattillo Brownson | Appeal Opening Brief Due |

**8/3/2026**

| | |
|---|---|
| Jane Roe | Appeal Answering Brief Due |
| Elizabeth Mirabelli | Appeal Answering Brief Due |
| John Doe | Appeal Answering Brief Due |
| Lori Ann West | Appeal Answering Brief Due |
| Jane Poe | Appeal Answering Brief Due |
| Jane Doe | Appeal Answering Brief Due |
| John Poe | Appeal Answering Brief Due |
| Jane Boe | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**